NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000546**
**17-OCT-2018**
**08:28 AM**

NO. CAAP-18-0000546

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARY ANN McANDREW, Individually and as
the Trustee of the Mary Ann McAndrew
Revocable Trust Dated March 11, 2005,
Plaintiff-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF KUAPA ISLE,
an unincorporated condominium association, by its
Board of Directors, GERRY BOGERT, GARRY BRECHIN,
JIM DITTMAR, MARK ELWELL, AND FRED WONG,
Defendants-Appellees,
and
DOE BOARD MEMBERS 1-10, DOE APARTMENT OWNERS 1-500,
AND DOE GOVERNMENTAL UNITS 1-10, Defendants,

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-0187-01 (VLC))

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, C.J., and Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, filed September 25, 2018, by Defendants-Appellees Association of Apartment Owners of Kuapa Isle, Gerry Bogert, Garry Brechin, Jim Dittmar, Mark Elwell, and Fred Wong, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, October 17, 2018.

Chief Judge

Associate Judge

Associate Judge